UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

VICTOR J. LOAN,

                Plaintiff,

-vs-                                        Case No. 6:05-cv-510-Orl-28KRS

MICHAEL F. SCOTT, et al.,

                Defendants.
_____

### ORDER OF DISMISSAL

On April 6, 2005, the Court ordered Plaintiff to file an amended complaint within twenty days from the date of the Order (Doc. No. 3). Further, the Court notified Plaintiff that the failure to do so would result in the dismissal of the action without further notice. As of the date of this Order, Plaintiff has failed to comply.

Accordingly, it is now **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED** without prejudice. The Clerk of the Court is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, this ___3___ day of May, 2005.

                                                              JOHN ANTOON II
                                                   UNITED STATES DISTRICT JUDGE

Copies to:
pslc 5/2
Victor J. Loan